IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TAMMY P. YOU, ) | CV 11-00530 SOM-RLP |
| ) | |
| Plaintiff, ) | ORDER ADOPTING MAGISTRATE |
| ) | JUDGE'S FINDINGS AND |
| vs. ) | RECOMMENDATION |
| ) | |
| LONGS DRUGS STORES ) | |
| CALIFORNIA, LLC, dba LONGS ) | |
| DRUGS; THOMAS MCKEOWN; ) | |
| JOHN DOES 1 THROUGH 10; DOE ) | |
| CORPORATIONS 1 THROUGH 10; ) | |
| AND DOE UNINCORPORATED ) | |
| ASSOCIATIONS, INCLUDING ) | |
| PARTNERSHIPS 1 THROUGH 10 , ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 29, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Defendants Longs Drugs Stores California, L.L.C. and Thomas McKeown's Bill of Costs" are adopted as the opinion and order of this Court.

2

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 16, 2013.



  /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Longs v. You; Civ. No. 11-00530 SOM/RLP, CV 11-00530 SOM-RLP, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION